IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---------------------------------------------------------------x
:
In re : Chapter 11
:
Contech U.S., LLC, *et al.*,[1] : Case No. 09-42392 (SWR)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

**ORDER GRANTING SECOND OMNIBUS MOTION OF DEBTORS AND
DEBTORS-IN-POSSESSION FOR AN ORDER AUTHORIZING THE REJECTION OF
SPG CONTRACTS AND LEASES EFFECTIVE NUNC PRO TUNC TO SPECIFIED
DATES PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND
<u>BANKRUPTCY RULE 6006</u>**

This matter coming before the Court on the Second Omnibus Motion of Debtors and Debtors-in-Possession for an Order Authorizing the Rejection of SPG Leases Effective Nunc Pro Tunc to Specified Dates Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rule 6006 (the "<u>Motion</u>"),[2] filed by the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"); the Court having reviewed the Motion and having scheduled a hearing before the Court (the "<u>Hearing</u>"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion and the Hearing was sufficient under the circumstances and (v) and good and sufficient cause having been shown; and after due deliberation and sufficient cause appearing therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

---

[1] The Debtors are the following three entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): MAG Contech, LLC (5469), Contech, LLC (5470) and Contech U.S., LLC (5471). The mailing address of each of the Debtors is 950 Trade Centre Way, No. 200, Portage, Michigan 49002.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

1. The motion is GRANTED.

2. The Real Estate Leases set forth in Exhibit 3 to the Motion (as amended by the Debtors' Notice Of Amendment To Second Omnibus Motion Of Debtors And Debtors-In-Possession For An Order Authorizing The Rejection Of SPG Leases Effective Nunc Pro Tunc To Specified Dates Pursuant To Section 365 Of The Bankruptcy Code And Bankruptcy Rule 6006 [Docket No. 620]) are rejected by the Debtors effective as of May 31, 2009 and June 3, 2009 for all other Contracts and Leases set forth on Exhibit 3 (as amended by the Debtors' Notice Of Amendment To Second Omnibus Motion Of Debtors And Debtors-In-Possession For An Order Authorizing The Rejection Of SPG Leases Effective Nunc Pro Tunc To Specified Dates Pursuant To Section 365 Of The Bankruptcy Code And Bankruptcy Rule 6006 [Docket No. 620]).

3. Nothing in the Motion or this Order shall be deemed or construed as waiver of any claims that Debtors have or may have against the counterparty to the Contracts and Leases, whether or not such claims arise under, are related to the rejection of, or are independent of the rejected Contracts and Leases.

4. To the extent it may be applicable, the ten-day stay imposed by the Bankruptcy Rule 6004(h) is hereby waived.

5. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

6. This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

.

**Signed on June 29, 2009**

                                                  **/s/ Steven Rhodes**
                                                  **Steven Rhodes**

**United States Bankruptcy Judge**