

**FOLEY & LARDNER LLP**
ONE DETROIT CENTER
500 WOODWARD AVENUE
SUITE 2700
DETROIT, MI 48226-3489
TELEPHONE (313)234-7100
FACSIMILE (313)234-2800
WWW.FOLEY.COM

Linda Stowell  
Chair of Official Committee of Unsecured Creditors  
Aero Metals, Inc.  
1201 E. Lincolnway  
LaPorte, IN 46350  

Date: June 17, 2009  
Invoice No.: 31052404  
Our Ref. No.: 095267-0101  

Services through
May 31, 2009

| | |
|---|---|
| Amount due for professional services rendered regarding CHAPTER 11 REORGANIZATION | $4,952.50 |
| Total Expenses: | $466.24 |
| **Total Amount Due:** | **$5,418.74** |

**Please reference your account number 095267-0101 and your invoice number 31052404 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**CONTECH U.S., LLC - OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
Our Ref. No.: 095267-0101
Invoice No.: 31052404

Page 2
Foley & Lardner LLP
June 17, 2009

## Professional Services Detail

### Re: Asset Analysis and Recover (B01)

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/09 | NYLH | Telephone with Mr. Korenthal re: conversion analysis. | 0.40 | $216.00 |
| | | Task Total: | 0.40 | $216.00 |

### Re: Asset Disposition (B02)

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/26/09 | NYLH | Attended sale hearings of Castings and UK assets. | 2.30 | $1,242.00 |
| 05/26/09 | VLC | Communication with court clerk re: sale hearing and provide motion and proposed sale order to Ms. Lamb-Hale. | 0.20 | $39.00 |
| | | Task Total: | 2.50 | $1,281.00 |

### Re: Employee Benefits/Pensions (B06)

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/10/09 | NYLH | Examined proposed order re: employee severance payments (.30); email correspondence to Mr. Wolfson re: same (.20). | 0.50 | $270.00 |
| | | Task Total: | 0.50 | $270.00 |

### Re: Fee/Employment Applications (B07)

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 05/04/09 | VLC | Prepare fee statement of MorrisAnderson as requested. | 0.80 | $156.00 |
| 05/05/09 | VLC | Revise and send application to MorrisAnderson & Associates for review. | 0.20 | $39.00 |
| 05/06/09 | NYLH | Examined fee statement of Morris Anderson. | 0.20 | $108.00 |
| 05/06/09 | VLC | Additional edits and to finalize fee statement of MorrisAnderson & Associates; obtain signature. | 0.60 | $117.00 |
| 05/07/09 | VLC | File and serve fee application of MorrisAnderson & Associates. | 0.90 | $175.50 |
| 05/13/09 | VLC | Work on revising pro forma to prepare monthly invoice. | 1.40 | $273.00 |
| 05/18/09 | VLC | Prepare CNO on first fee statement (.4); revise invoice to prepare April fee statement (.2). | 0.60 | $117.00 |
| 05/19/09 | VLC | Prepare second fee statement. | 0.60 | $117.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/09 | VLC | File CNO for Foley's first fee statement and revise second fee statement. | 0.40 | $78.00 |
| 05/21/09 | VLC | Prepare fee statement for April services. | 0.40 | $78.00 |
| 05/27/09 | VLC | Updated fee statement to J. Simon. | 0.20 | $39.00 |
| 05/28/09 | VLC | Check status of Morris Anderson's fee statement and prepare certification of no objection (.4); draft first fee application (.8). | 1.20 | $234.00 |
| 05/28/09 | JSIM | Review and revise fee statement. | 0.20 | $100.00 |
| 05/29/09 | VLC | Finalize, file and serve fee statement re April services (1.2); finalize and file MorrisAnderson CNO for first fee statement (.4). | 1.60 | $312.00 |
| | | Task Total: | 9.30 | $1,943.50 |

### Re: Communication/Meetings with Creditors (B11)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/01/09 | NYLH | Email correspondence to Ms. Stowell re: case status. | 0.30 | $162.00 |
| 05/10/09 | NYLH | Drafting email correspondence to committee members re: recently filed pleadings and conversion analysis. | 1.20 | $648.00 |
| 05/12/09 | NYLH | Telephone conference with Committee re: case status. | 0.50 | $270.00 |
| | | Task Total: | 2.00 | $1,080.00 |

### Re: Supply Contracts (B18)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/09 | NYLH | Telephone with Mr. Fleming re: payment terms for non-participating customer receivables. | 0.30 | $162.00 |
| | | Task Total: | 0.30 | $162.00 |
| | | Grand Total: | 15.00 | $4,952.50 |

**Professional Services Summary**

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| Nicole Y. Lamb-Hale | NYLH | Partner | 5.70 | $540.00 | $3,078.00 |
| John A. Simon | JSIM | Senior Counsel | 0.20 | $500.00 | $100.00 |
| Veronica L. Crabtree | VLC | Paralegal | 9.10 | $195.00 | $1,774.50 |
| Totals | | | 15.00 | | $4,952.50 |

Expense Detail

**Photocopying Charges**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 05/07/09 | LIAM | 176 Copies. | 26.40 |
| 05/29/09 | MWSP | 234 Copies. | 35.10 |
| | | | $61.50 |

**CONTECH U.S., LLC - OFFICIAL COMMITTEE OF UNSECURED CREDITORS**  
Our Ref. No.: 095267-0101  
Invoice No.: 31052404

Page 4  
Foley & Lardner LLP  
June 17, 2009

**Meals**

| | | | |
|---|---|---|---|
| 05/05/09 | JSIM | Meals - - Vendor: Sodexho Corporate Services 4/20 Refreshments W/g Siedlecki | 10.90 |
| | | | $10.90 |

**Mailing Expense**

| | | | |
|---|---|---|---|
| 05/07/09 | VLC | Mailing Expense | 18.72 |
| | | | $18.72 |

**Search Fees**

| | | | |
|---|---|---|---|
| 05/06/09 | JSIM | Search Fees - - Vendor: Us Courts Ao-pacer Service Center Search Fees | 375.12 |
| | | | $375.12 |
| | | Expenses Total: | $466.24 |

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.