

**FOLEY & LARDNER LLP**
ONE DETROIT CENTER
500 WOODWARD AVENUE
SUITE 2700
DETROIT, MI 48226-3489
TELEPHONE (313)234-7100
FACSIMILE (313)234-2800
WWW.FOLEY.COM

Linda Stowell  
Chair of Official Committee of Unsecured Creditors  
Aero Metals, Inc.  
1201 E. Lincolnway  
LaPorte, IN 46350  

Date: July 9, 2009  
Invoice No.: 31060158  
Our Ref. No.: 095267-0101  

Services through
June 30, 2009

| | |
|---|---|
| Amount due for professional services rendered regarding CHAPTER 11 REORGANIZATION | $9,643.00 |
| Total Expenses: | $201.16 |
| **Total Amount Due:** | **$9,844.16** |

**Please reference your account number 095267-0101 and your invoice number 31060158 with your remittance payable to Foley & Lardner LLP.**

Foley & Lardner LLP
Federal Employer Number:
39-0473800

**CONTECH U.S., LLC - OFFICIAL COMMITTEE OF**      Page 2
**UNSECURED CREDITORS**      Foley & Lardner LLP
Our Ref. No.: 095267-0101      July 9, 2009
Invoice No.: 31060158

## Professional Services Detail

### Re: Asset Analysis and Recover (B01)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/09 | JSIM | Telephone conference with Mr. Korenthal regarding remaining assets and liquidation (.2); telephone call with Ms. Bach regarding same (.2); analyze conversion issues (.2). | 0.60 | $300.00 |
| 06/23/09 | JSIM | Discuss plan issues with Ms. Bach (.2); analyze plan and conversion issues (.4); telephone conference with Mr. Korenthal regarding plan and claims (.4). | 1.00 | $500.00 |
| 06/25/09 | JSIM | Discuss additional asset analysis issues with Mr. Korenthal. | 0.20 | $100.00 |
| | | Task Total: | 1.80 | $900.00 |

### Re: Asset Disposition (B02)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/09 | JSIM | Prepare for and attend hearing on sales of stock, castings and accommodation agreement amendment. | 1.90 | $950.00 |
| 06/01/09 | VLC | Communication with court clerk and respond to Ms. Lamb-Hale re sale hearing, as requested. | 0.20 | $39.00 |
| 06/08/09 | JSIM | Prepare for and attend adjourned Castings sale hearing. | 2.50 | $1,250.00 |
| 06/09/09 | KC | Conference with Mr. J. Simon regarding evidentiary hearing regarding sale and attendance at same (.2); Prepare for hearing by reviewing sale motion and objections filed by BMW (.4); Attend evidentiary hearing regarding sale; Conference with Mr. J. Simon regarding settlement placed on record (.8). | 1.40 | $553.00 |
| 06/09/09 | JSIM | Correspondence with Committee regarding status of sale of castings. | 0.20 | $100.00 |
| 06/10/09 | JSIM | Review order and asset purchase agreement on castings sale (.2); correspondence with Committee regarding same (1.). | 0.30 | $150.00 |
| 06/15/09 | JSIM | Review sale order and asset purchase agreement for Castings and correspondence with debtors and lenders' counsel re same. | 0.20 | $100.00 |

**CONTECH U.S., LLC - OFFICIAL COMMITTEE OF**     Page 3
**UNSECURED CREDITORS**     Foley & Lardner LLP
Our Ref. No.: 095267-0101     July 9, 2009
Invoice No.: 31060158

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/19/09 | JSIM | Review sale documents for North Carolina transaction (.8); correspondence with Committee re same (.2); telephone call with Paul Hastings re sale of North Carolina assets (.1). | 1.10 | $550.00 |
| 06/23/09 | JSIM | Review documents in preparation for and attend North Carolina sale hearing. | 0.80 | $400.00 |
| | | Task Total: | 8.60 | $4,092.00 |

### Re: Case Administration (B04)

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/19/09 | JSIM | Analyze conversion issues and discuss same with Mr. Korenthal. | 0.20 | $100.00 |
| | | Task Total: | 0.20 | $100.00 |

### Re: Claims Administration and Objections (B05)

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/23/09 | JSIM | Analyze PBGC claim issues. | 0.30 | $150.00 |
| | | Task Total: | 0.30 | $150.00 |

### Re: Fee/Employment Applications (B07)

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/03/09 | VLC | Drafting of first fee application (1.6); communication with Paul Hastings re payment of April invoice and provide requested documents to Ms. Newmarch (.4). | 2.00 | $390.00 |
| 06/09/09 | VLC | Revisions to fee application (.9); obtain and forward to Huron Consulting wire information as requested (.2). | 1.10 | $214.50 |
| 06/12/09 | VLC | Update and finalize fee application for attorney review. | 2.20 | $429.00 |
| 06/17/09 | JSIM | Review interim fee application. | 0.40 | $200.00 |
| 06/17/09 | VLC | Respond to J. Simon regarding fee application. | 0.10 | $19.50 |
| 06/18/09 | JSIM | Review and revise fee application. | 0.70 | $350.00 |
| 06/18/09 | VLC | Prepare Foley monthly fee statement for May fees invoice (.8); communication with Mr. Korenthal and prepare MorrisAnderson fee statements (.6). | 1.40 | $273.00 |
| 06/18/09 | VLC | Attention to fee application. | 0.60 | $117.00 |
| 06/19/09 | JSIM | Review and revise fee application. | 0.80 | $400.00 |
| 06/22/09 | JSIM | Review and revise interim fee application. | 0.80 | $400.00 |
| 06/22/09 | VLC | Finalize, file and serve fee application. | 2.70 | $526.50 |
| 06/23/09 | VLC | Communications with MorrisAnderson re fee statements. | 0.40 | $78.00 |

**CONTECH U.S., LLC - OFFICIAL COMMITTEE OF**     Page 4
**UNSECURED CREDITORS**     Foley & Lardner LLP
Our Ref. No.: 095267-0101     July 9, 2009
Invoice No.: 31060158

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/24/09 | VLC | Finalize the April invoice of MorrisAnderson. | 0.80 | $156.00 |
| 06/26/09 | VLC | File and serve invoice of MorrisAnderson. | 0.50 | $97.50 |
| | | Task Total: | 14.50 | $3,651.00 |

### Re: Financing (B09)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/25/09 | JSIM | Analyze DIP order regarding avoidance actions (.2); discuss same with Mr. Radom (.2). | 0.40 | $200.00 |
| | | Task Total: | 0.40 | $200.00 |

### Re: Communication/Meetings with Creditors (B11)

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/22/09 | JSIM | Attend creditors' committee meeting on outstanding case issues and sale. | 0.60 | $300.00 |
| 06/25/09 | JSIM | Attend committee call regarding conversion and claims. | 0.50 | $250.00 |
| | | Task Total: | 1.10 | $550.00 |
| | | Grand Total: | 26.90 | $9,643.00 |

**Professional Services Summary**

| Timekeeper | Initials | Title | Hours | Rate | Dollars |
|---|---|---|---|---|---|
| John A. Simon | JSIM | Senior Counsel | 13.50 | $500.00 | $6,750.00 |
| Katherine R. Catanese | KC | Associate | 1.40 | $395.00 | $553.00 |
| Veronica L. Crabtree | VLC | Paralegal | 12.00 | $195.00 | $2,340.00 |
| Totals | | | 26.90 | | $9,643.00 |

Expense Detail

**Photocopying Charges**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 06/22/09 | VLC | 816 Copies. | 122.40 |
| 06/26/09 | LIAM | 144 Copies. | 21.60 |
| | | | $144.00 |

**Mailing Expense**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 06/01/09 | VLC | Mailing Expense | 19.52 |
| 06/24/09 | VLC | Mailing Expense | 33.60 |
| | | | $53.12 |

**Long Distance Telephone Charges**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 06/25/09 | JSIM | Genesys Teleconferencing | 4.04 |
| | | | $4.04 |
| | | Expenses Total: | $201.16 |



**FOLEY & LARDNER LLP**
ONE DETROIT CENTER
500 WOODWARD AVENUE
SUITE 2700
DETROIT, MI 48226-3489
TELEPHONE (313)234-7100
FACSIMILE (313)234-2800
WWW.FOLEY.COM

Certain services and expenses, which involve payments made to third parties, include an additional charge based upon our internal costs with respect to those services and expenses.

---

Should you wish to remit your payment via wire transfer, please include our reference no. 095267-0101 and/or invoice no. 31060158 and forward to:

U.S. Bank
Wire Transfer Dept.
777 E. Wisconsin Ave.
Milwaukee, WI 53202
Routing #075000022
ACCT #112031389
ACCT NAME: Foley & Lardner LLP