# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 09-42409-SWR | | **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
| **Case Name:** | MAG CONTECH, LLC | | **Date Filed (f) or Converted (c):** | 07/13/2009 (c) |
| **For the Period Ending:** | 10/28/2009 | | **§341(a) Meeting Date:** | 08/13/2009 |
| | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  ACE American Insurance Policy Number: PGLN01943327 Property Insurance | $0.00 | Unknown | | $0.00 | Unknown |
| 2  Federal Insurance Company Policy: 35843693 General Liability | $0.00 | Unknown | | $0.00 | Unknown |
| 3  Federal Insurance Company Policy: 79843893 Umbrella Coverage Insurance | $0.00 | Unknown | | $0.00 | Unknown |
| 4  Great Northern Insurance Policy: 35826107 Foreign Package | $0.00 | Unknown | | $0.00 | Unknown |
| 5  Twin City Insurance Policy: 00 KB 0242366-08 Executive Liability | $0.00 | Unknown | | $0.00 | Unknown |
| 6  Contech, LLC 950 Trade Center Way, Suite 200 Portage, MI 49002 Ownership: 100% | $13,859,140.00 | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$13,859,140.00      $0.00       $0.00      $0.00

**Major Activities affecting case closing:**
JOINTLY ADMINISTERED WITH LEAD CASE NO. 09-42392-SWR. SEE ORDER GRANTING FIRST DAY MOTION OF THE DEBTORS AND DEBTORS IN POSSESSION FOR AN ORDER DIRECTING THE JOINT ADMINISTRATION OF THEIR CHAPTER 11 CASES OF 02/03/09 (DOCKET #174).

**Initial Projected Date Of Final Report (TFR):** 10/31/2012      /s/ GENE R. KOHUT, TRUSTEE
**Current Projected Date Of Final Report (TFR):** 10/31/2012      GENE R. KOHUT, TRUSTEE