**EXHIBIT 5**
**Hours Billed by Category**

| Month | Employment and Fee Apps. | Litigation | TOTAL |
|---|---|---|---|
| August-11 | 3.7 | 17.7 | |
| September-11 | | 11 | |
| October-11 | | 13 | |
| November-11 | | 25 | |
| December-11 | | 9.6 | |
| January-12 | | 0.4 | |
| February-12 | | 14.9 | |
| March-12 | | 54.6 | |
| **TOTAL FOR APP. PERIOD** | **3.7** | **146.2** | **149.9** |

# Brooks Wilkins Sharkey & Turco, PLLC

401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee                    September 1, 2011
21 Kercheval Ave Ste 285                    File #:      300033-0001
Grosse Pointe Farms, MI 48236               Inv #:            15117

**Attention:**    Gene R. Kohut

**RE:**      Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|---|---|---|---|---|
| Fees | BCC 7 | $345.00 | 3.70 | 1,276.50 |
| Litigation | BCC10 | $355.56 | 17.70 | 6,293.50 |
| | **Total** | | **21.40** | **$7,570.00** |
| | **Grand Total** | | **21.40** | **$7,570.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | This Invoice | | | Cumulative | |
| | | Rate | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| Matt Wilkins | Partner | 430.00 | 2.20 | 946.00 | 79.40 | 35,534.00 |
| Paula Hall | Partner | 345.00 | 19.20 | 6,624.00 | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | | | 0.00 | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | | 0.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | | 0.00 | 15.70 | 2,747.50 |
| **Total** | | | **21.40** | **$7,570.00** | **227.00** | **$82,091.50** |

## DISBURSEMENT SUMMARY

| FedEx | FedEx | | 13.38 |
|---|---|---|---|
| | Total Disbursements | | $13.38 |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Aug-01-11 | Respond to B of A inquiries re subpoena for Aetna docs | 0.40 | 138.00 | PH |
| Aug-02-11 | (Republic) Review competing analyses of ordinary course and subsequent new value defenses. | 0.40 | 172.00 | MW |
| | Begin analysis of Charter Steel and Republic Eng'd Prods. defenses and work with corresponding counsel re same. | 2.30 | 793.50 | PH |
| Aug-03-11 | Review Republic invoice detail and ordinary course analysis and prepare calculations and response to same (1.8) telephone with J. Weiner re obtaining records and mediation details (.4) prepare new B of A subpoena (.2) review Charter Steel ocb detail and correspondence to counsel re same (.3) | 2.70 | 931.50 | PH |
| Aug-05-11 | Review Republic Steel ordinary course defense, deficiencies in defense and estimated exposure. | 0.30 | 129.00 | MW |
| | Work with M. Wilkins and work on Charter Steel analysis and response | 2.60 | 897.00 | PH |
| Aug-10-11 | Conference with P. Hall regarding ordinary course and new value defenses asserted by Charter, and possible responses. | 0.40 | 172.00 | MW |
| | Prepare Charter Steel analysis and discuss same with MEW (2.3) conference call with S. Wisotzkey to discuss ordinary course of business and possible settlement (.8) | 3.10 | 1,069.50 | PH |
| Aug-12-11 | Work with Harvik @ B of A to obtain Aetna checks (.4); review Zurich offer and conference with J, Grasl re percentage distribution likely on admin. claims (.6) | 1.00 | 345.00 | PH |
| Aug-15-11 | Review Charter Steel adversary, ordinary course and new value defenses (.4); assess settlement range (.3). | 0.70 | 301.00 | MW |
| | Conferences with P. Hall regarding potential settlement of adversary proceeding. | 0.20 | 86.00 | MW |
| | Settlement discussion with Charter Steel and follow-up with G. Kohut re same | 0.70 | 241.50 | PH |
| Aug-16-11 | Review and approve settlement with Charter Steel. | 0.20 | 86.00 | MW |
| | Prepare and file BWST first fee application and exhibits to same | 3.50 | 1,207.50 | PH |
| | Negotiate settlement with Charter and obtain G. Kohut approval of same | 0.40 | 138.00 | PH |
| Aug-17-11 | Attention to sevice of fee application | 0.20 | 69.00 | PH |
| Aug-18-11 | Review Mid-States and  Republic Eng'd Prods. discovery responses (.9) Prepare Charter Steel | 1.40 | 483.00 | PH |

|           |                                                                                          |       |           |     |
|-----------|------------------------------------------------------------------------------------------|-------|-----------|-----|
|           | settlement agreement (.3) draft Sprint dismissal (.2)                                     |       |           |     |
| Aug-19-11 | Correspondence to/fr S. Boehm re dismissal of Sprint action (.2) revise Charter settlement agreement | 0.20  | 69.00     | PH  |
| Aug-23-11 | Revise Charter agreement                                                                  | 0.30  | 103.50    | PH  |
| Aug-24-11 | Discuss B of A subpoenas and other discovery issues with J. Weiner                        | 0.40  | 138.00    | PH  |
|           | Totals                                                                                   | 21.40 | $7,570.00 |     |

| **DISBURSEMENTS** | **Disbursements** | **Receipts** |
|-------------------|-------------------|--------------|
| FedEx             | 13.38             |              |
| Totals            | $13.38            | $0.00        |

| | |
|---|---|
| **Total Fees & Disbursements** | **$7,583.38** |
| Previous Balance | $26,980.89 |
| Previous Payments | $0.00 |
| **Balance Due Now** | **$34,564.27** |

## Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800 Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee
21 Kercheval Ave Ste 285
Grosse Pointe Farms, MI 48236

October 3, 2011

File #: 300033-0001
Inv #: 16591

**Attention:** Gene R. Kohut

**RE:** Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|------|---------------|-------|--------|
| Litigation BCC10 | $241.23 | 11.00 | 2,653.50 |
| **Total** | | **11.00** | **$2,653.50** |
| **Grand Total** | | **11.00** | **$2,653.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|------|-------|--------|-------|--------|
| Matt Wilkins | Partner | 430.00 | 0.10 | 43.00 | 8.30 | 3,569.00 |
| Paula Hall | Partner | 345.00 | 4.90 | 1,690.50 | 78.10 | 26,944.50 |
| Christie Redmond | Paralegal | 150.00 | 5.20 | 780.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | 175.00 | 0.80 | 140.00 | 14.70 | 2,572.50 |
| **Total** | | | **11.00** | **$2,653.50** | **109.50** | **$34,266.00** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Sep-02-11 | Forward information regarding OCR of bank statement. | 0.20 | 35.00 | MP |
| Sep-08-11 | Prepare and file cnr re fee application | 0.20 | 69.00 | PH |
| Sep-13-11 | Attention to resolution of Charter Steel adversary proceeding, dismissal of proceeding. | 0.10 | 43.00 | MW |
| | Attention to Aetna subpoena on B of A (.2); prepare dismissal docs. for Charter Steel and correspondence re same (.3) | 0.50 | 172.50 | PH |
| Sep-14-11 | Begin work on Zurich analysis and correspondence to/fr R. Schultz (.8) correspondence to K. Summers re MidStates Capital detail (.2) | 1.00 | 345.00 | PH |
| Sep-16-11 | Prepare analysis re Zurich and draft correspondence to R. Schultz re same | 0.80 | 276.00 | PH |
| Sep-20-11 | Review B of A subpoena response and correspondence to G. Kohut and McDonald Hopkins re same (.5) correspondence to K. Summers re MidStates discovery responses (.2) | 0.70 | 241.50 | PH |
| Sep-21-11 | Conference with K. Summers re MidStates outstanding discovery requests (.4); work with M. Pleban re search for Aetna transfers (.5) | 0.90 | 310.50 | PH |
| | Conference with D. Lutz re preparation/submission of expert affidavit/opinion and scheduling of dates | 0.40 | 138.00 | PH |
| | OCR scan of Bank of America statements to allow for searching of content. | 0.60 | 105.00 | MP |
| Sep-22-11 | Review Bank of America statements in search of certain transfers; Consultation with M. Pleban re: same | 1.50 | 225.00 | CR |
| Sep-26-11 | Work with D. Lutz to devise uniform mediation and expert report proceedings for Republic Eng'd Prods. adversary | 0.40 | 138.00 | PH |
| | Consultation with P. Hall; Review records received from Bank of America in search of transfers made to Aetna | 1.50 | 225.00 | CR |
| Sep-27-11 | Review records received from Bank of America in search of transfers made to Aetna | 2.20 | 330.00 | CR |
| | Totals | 11.00 | $2,653.50 | |

**DISBURSEMENTS**                                    **Disbursements**                    **Receipts**

| Sep-30-11 | Bank of America Subpoena Responses | 89.28 | |
|-----------|-----------------------------------|-------|--|
| | Totals | $89.28 | $0.00 |

| | |
|---|---:|
| **Total Fees & Disbursements** | **$2,742.78** |
| Previous Balance | $34,564.27 |
| Previous Payments | $26,980.89 |
| **Balance Due Now** | **$10,326.16** |

# Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee
21 Kercheval Ave Ste 285
Grosse Pointe Farms, MI 48236

November 1, 2011
File #:      300033-0001
Inv #:            15579

**Attention:**   Gene R. Kohut

**RE:**   Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|------|---------------|-------|--------|
| Litigation BCC10 | $331.92 | 13.00 | 4,315.00 |
| **Total** | | **13.00** | **$4,315.00** |
| **Grand Total** | | **13.00** | **$4,315.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|------|-------|--------|-------|--------|
| Matt Wilkins | Partner | | | 0.00 | 79.40 | 35,534.00 |
| Paula Hall | Partner | 345.00 | 12.00 | 4,140.00 | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | | | 0.00 | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | | 0.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | 175.00 | 1.00 | 175.00 | 15.70 | 2,747.50 |
| **Total** | | | **13.00** | **$4,315.00** | **227.00** | **$82,091.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Oct-04-11 | Finalize stipulation with Republic Eng'd Prods. and attention to order for same (.4) correspondence to/fr D. Copley re discovery issues (.3) | 0.70 | 241.50 | PH |
| Oct-07-11 | Review MidStates detail and prepare ordinary course analysis and begin drafting counter-proposal | 1.30 | 448.50 | PH |
| Oct-10-11 | Review 2-year invoice and payables detail provided by Mid-States Capital and prepare analysis re:same (1.9); multiple conference with K. Summers re same (.6) | 2.50 | 862.50 | PH |
| Oct-11-11 | Review all Zurich detail and prepare analysis and correspondence re same (2.6) telephone with and correspondence to/fr  R. Schultz (.5) research re insurance benefits as new value (.7) | 3.80 | 1,311.00 | PH |
|  | Perform OCR of bank statement data and prepare as searchable Word document. | 1.00 | 175.00 | MP |
| Oct-17-11 | Telephone with R. Schultz re possible settlement re Zurich (.4); correspondence with D. Copley re attempting to obtain  bank records and discovery and attention to same (.9) | 1.30 | 448.50 | PH |
| Oct-26-11 | Correspondence to Zurich re settlement status (.2); review Republic Eng'd Prods discovery requests (.2) prepare MidStates new value analysis and correspondence to K. Summers re same (.9) review Aetna discovery responses and correspondence to/fr D. Copley re additional detail needed (.5) | 1.80 | 621.00 | PH |
| Oct-31-11 | Begin preparing responses to Aetna's discovery requests | 0.60 | 207.00 | PH |
|  | Totals | 13.00 | $4,315.00 |  |

**Total Fees & Disbursements**                                    **$4,315.00**

Previous Balance                                                  $10,326.16
Previous Payments                                                      $0.00

**Balance Due Now**                                              **$14,641.16**

# Brooks Wilkins Sharkey & Turco, PLLC

401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee                                    December 1, 2011
21 Kercheval Ave Ste 285                              File #:      300033-0001
Grosse Pointe Farms, MI 48236                        Inv #:            15745

**Attention:**   Gene R. Kohut

**RE:**    Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|------|---------------|-------|--------|
| Litigation BCC10 | $345.00 | 25.00 | 8,625.00 |
| **Total** | | **25.00** | **$8,625.00** |
| **Grand Total** | | **25.00** | **$8,625.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|------|-------|--------|-------|--------|
| Matt Wilkins | Partner | | 0.00 | | 79.40 | 35,534.00 |
| Paula Hall | Partner | 345.00 | 25.00 | 8,625.00 | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | | 0.00 | | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | 0.00 | | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | 0.00 | | 15.70 | 2,747.50 |
| **Total** | | | **25.00** | **$8,625.00** | **227.00** | **$82,091.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Nov-01-11 | Conference with R. Schultz (x2) re Zurich response and correspondence to G. Kohut re same and analyses of settlement value (.6); correspondence to/from G. Kohut re same and counter- proposal (.3) prepare further analysis re counter-proposal (.4) | 1.30 | 448.50 | PH |
| Nov-02-11 | Coordinate response to Republic's expert report (.3); conferences with both D. Lutz and L. Fernow re same (.6); review report (.4); conference with K. Summers re settlement with MidStates (.3); begin responding to Aetna's discovery requests and correspondence to Messrs. Grasl and Wiener re same (1.1) | 2.70 | 931.50 | PH |
| Nov-03-11 | Correspondence to/fr K. Summers re refusal of MidStates offer | 0.30 | 103.50 | PH |
| Nov-04-11 | Telephone with J. Grasl re responses to discovery and motion re mediation procedures (.5) prepare for and meet with C. Moore and Alexander Calderone re expert summary for Republic matter (1.1); follow-up re same (.3); prepare responses to Aetna discovery (1.9) | 3.80 | 1,311.00 | PH |
| Nov-07-11 | Review all contemporaneous exchange and new value detail furnished by Aetna, research and discuss same and settlemetn proposal with D. Copley | 3.60 | 1,242.00 | PH |
| Nov-08-11 | Multiple conference with K. Summers re MidStates (.6) and R. Schultz re Zurich settlements (.6); and correspondence to D. Copley re new value back-up (.3) | 1.50 | 517.50 | PH |
| Nov-09-11 | Finalize Mid-States settlement and prepare agreement (.4) prepare analysis and conference with R. Schultz re counter-offer to Zurich (.8); research advanced "new value" defense asserted by Zurich (4.1) | 5.30 | 1,828.50 | PH |
| Nov-11-11 | Telephone to/fr D. Copley re Aetna (.3) review CMD report for Republic, prepare analysis, and draft correspondence to D. Lutz re same (1.4) | 1.70 | 586.50 | PH |
| Nov-14-11 | Review and file expert report (.2); research issue raised by R. Schultz (1.4) multiple conferences with R. Schultz and negotiate and settle Zurich matter (.7) update G. Kohut re all open adversary proceedings (.5); negotiation session with D. Copley re Aetna (.4) | 3.20 | 1,104.00 | PH |
| Nov-15-11 | Conference with R. Schultz re settlement and procedural issues related to same. | 0.40 | 138.00 | PH |
| Nov-16-11 | Review settlement agreement revisions for Zurich and finalize settlement (.6) | 0.00 | 0.00 | PH |

| | | | | |
|---|---|---|---|---|
| Nov-18-11 | Prepare Aetna settlement agreement and correspondence to D. Copley | 0.20 | 69.00 | PH |
| Nov-21-11 | Revise Aetna settlement and follow-up with D. Copley (.6); conference with D. Lutz re Republic (.4) | 1.00 | 345.00 | PH |
| | Totals | 25.00 | $8,625.00 | |

**Total Fees & Disbursements**                                          **$8,625.00**

Previous Balance                                                        $14,641.16
Previous Payments                                                           $0.00

**Balance Due Now**                                                    **$23,266.16**

## Brooks Wilkins Sharkey & Turco, PLLC

401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee                                        January 3, 2012
21 Kercheval Ave Ste 285                           File #:       300033-0001
Grosse Pointe Farms, MI 48236                      Inv #:              15846

**Attention:**   Gene R. Kohut

**RE:**   Contech U.S. LLC Adversary Proceedigns

# SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|---|---|---|---|
| Litigation BCC10 | $358.28 | 9.60 | 3,439.50 |
| **Total** | | **9.60** | **$3,439.50** |
| **Grand Total** | | **9.60** | **$3,439.50** |

# SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|---|
| Matt Wilkins | Partner | 430.00 | 1.50 | 645.00 | 79.40 | 35,534.00 |
| Paula Hall | Partner | 345.00 | 8.10 | 2,794.50 | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | | 0.00 | | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | 0.00 | | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | 0.00 | | 15.70 | 2,747.50 |
| **Total** | | | **9.60** | **$3,439.50** | **227.00** | **$82,091.50** |

# DISBURSEMENT SUMMARY

| | | |
|---|---|---|
| copy | Copy | 19.80 |
| FedEx | FedEx | 26.12 |
| | Total Disbursements | $45.92 |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Dec-01-11 | Coordinate with R. Schultz re problems processing payment | 0.60 | 207.00 | PH |
| Dec-02-11 | Work on responses to Republic discovery requests | 0.60 | 207.00 | PH |
| Dec-06-11 | Conference with J. Weiner (x2) re mediation procedures and assist him in preparing for hearing. | 0.60 | 207.00 | PH |
| Dec-07-11 | Prepare responses to Republic discovery requests. | 2.30 | 793.50 | PH |
| Dec-08-11 | Review order establishing mediation procedures for remaining adversary proceedings. | 0.30 | 129.00 | MW |
| | Follow-up with R. Schultz re Zurich payment | 0.20 | 69.00 | PH |
| Dec-09-11 | Attention to response to Request for Production of Documents (Republic Engineered Products). | 0.40 | 172.00 | MW |
| | Attention to Republic status and mediation issues (.9) finalize discovery responses (1.3) | 2.20 | 759.00 | PH |
| Dec-12-11 | Attention to Zurich settlement, stipulation of dismissal of adversary proceeding. | 0.20 | 86.00 | MW |
| Dec-13-11 | Correspondence to/fr K Summers re Mid-States settlement payment (.3); attention to Aetna pleading and dismissal of action (.5) finalize Zurich settlement, attention to payment and dismissal (.4) | 1.20 | 414.00 | PH |
| Dec-19-11 | Finalize Mid-States settlement and prepare dismissal pleadings | 0.40 | 138.00 | PH |
| Dec-20-11 | Review mediation procedures order (.2); and Republic Engineered case background and mediation status (.4). | 0.60 | 258.00 | MW |
| | Totals | 9.60 | $3,439.50 | |

**DISBURSEMENTS**                                        **Disbursements**                  **Receipts**

| | | Disbursements | Receipts |
|---|---|---|---|
| Copy | | 19.80 | |
| FedEx | | 26.12 | |
| Totals | | $45.92 | $0.00 |

**Total Fees & Disbursements**                                    $3,485.42

Previous Balance                                                 $23,266.16
Previous Payments                                                      $0.00

**Balance Due Now**                                              $26,751.58

### Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee                           February 1, 2012
21 Kercheval Ave Ste 285                        File #:      300033-0001
Grosse Pointe Farms, MI 48236                   Inv #:            16158

**Attention:**   Gene R. Kohut

**RE:**   Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|------|---------------|-------|--------|
| Litigation BCC10 | $450.00 | 0.40 | 180.00 |
| **Total** | | **0.40** | **$180.00** |
| **Grand Total** | | **0.40** | **$180.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|------|------|--------|-------|--------|
| Matt Wilkins | Partner | 450.00 | 0.40 | 180.00 | 79.40 | 35,534.00 |
| Paula Hall | Partner | | 0.00 | | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | | 0.00 | | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | 0.00 | | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | 0.00 | | 15.70 | 2,747.50 |
| **Total** | | | **0.40** | **$180.00** | **227.00** | **$82,091.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Jan-31-12 | (Republic) Review file and conference with Republic counsel regarding mediation. | 0.40 | 180.00 | MW |
| | Totals | 0.40 | $180.00 | |

**Total Fees & Disbursements**            **$180.00**

Previous Balance            $26,751.58
Previous Payments            $0.00

**Balance Due Now**            **$26,931.58**

## Brooks Wilkins Sharkey & Turco, PLLC

401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee                              March 1, 2012
21 Kercheval Ave Ste 285                          File #:    300033-0001
Grosse Pointe Farms, MI 48236                     Inv #:          16360

**Attention:**   Gene R. Kohut

**RE:**    Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|------|---------------|-------|--------|
| Litigation BCC10 | $450.00 | 14.90 | 6,705.00 |
| **Total** | | **14.90** | **$6,705.00** |
| **Grand Total** | | **14.90** | **$6,705.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|------|-------|--------|-------|--------|
| Matt Wilkins | Partner | 450.00 | 14.90 | 6,705.00 | 79.40 | 35,534.00 |
| Paula Hall | Partner | | | 0.00 | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | | | 0.00 | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | | 0.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | | 0.00 | 15.70 | 2,747.50 |
| **Total** | | | **14.90** | **$6,705.00** | **227.00** | **$82,091.50** |

## DISBURSEMENT SUMMARY

| | | | |
|------|------|------|------|
| MED | Mediatior Fees | | 1,000.00 |
| | Total Disbursements | | $1,000.00 |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Feb-08-12 | Conferences with Republic counsel, mediator and Gene Kohut regarding mediation dates and mediation. | 0.40 | 180.00 | MW |
| Feb-09-12 | (Republic) Review mediation procedures and settlement proceeds up mediation (.4); review claim against Republic, asserted defenses (.8). | 1.20 | 540.00 | MW |
| Feb-20-12 | Review file for preparation for mediation statement and (3/01) mediation. | 2.50 | 1,125.00 | MW |
| Feb-21-12 | Review discovery responses and expert reports for mediation. | 1.50 | 675.00 | MW |
| Feb-23-12 | Review mediation statement filed by Republic. | 0.80 | 360.00 | MW |
| Feb-28-12 | Review pleadings, discovery responses and experts for mediation statement (3.5); draft mediation statement (1.5). | 5.00 | 2,250.00 | MW |
| Feb-29-12 | Review, revise and submit mediation statement. | 1.50 | 675.00 | MW |
|  | Prepare for mediation. | 2.00 | 900.00 | MW |
|  | Totals | 14.90 | $6,705.00 |  |

**DISBURSEMENTS**

| | | Disbursements | Receipts |
|--|--|---------------|----------|
| Feb-29-12 | Mediatior Fees | 1,000.00 | |
| | Totals | $1,000.00 | $0.00 |

**Total Fees & Disbursements**                                    **$7,705.00**

Previous Balance                                        $26,931.58
Previous Payments                                           $0.00

**Balance Due Now**                                            **$34,636.58**

## Brooks Wilkins Sharkey & Turco, PLLC

401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800          Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee
21 Kercheval Ave Ste 285
Grosse Pointe Farms, MI 48236

April 2, 2012
File #:     300033-0001
Inv #:          16536

**Attention:**   Gene R. Kohut

**RE:**   Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|------|---------------|-------|--------|
| Litigation BCC10 | $449.84 | 54.60 | 24,561.00 |
| **Total** | | **54.60** | **$24,561.00** |
| **Grand Total** | | **54.60** | **$24,561.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|------------|----------|------|------|--------|-------|--------|
| Matt Wilkins | Partner | 450.00 | 54.30 | 24,435.00 | 79.40 | 35,534.00 |
| Paula Hall | Partner | | | 0.00 | 123.20 | 42,504.00 |
| Steven Ribiat | Partner | 420.00 | 0.30 | 126.00 | 0.30 | 126.00 |
| Christie Redmond | Paralegal | | | 0.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | | 0.00 | 15.70 | 2,747.50 |
| **Total** | | | **54.60** | **$24,561.00** | **227.00** | **$82,091.50** |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Mar-01-12 | Prepare for and attend mediation session (Republic matter) at Earle Erman's office. | 3.50 | 1,575.00 | MW |
| Mar-02-12 | (Republic) Follow-up work from mediation (review Shefferly opinion again, review expert reports again, assess both sides' settlement positions). | 1.50 | 675.00 | MW |
| Mar-06-12 | (Republic) Telephone mediator regarding settlement (.3); review Republic Expert Witness Report (.7); status email to Chuck Moore (.2). | 1.20 | 540.00 | MW |
| Mar-07-12 | (Republic) Research and analysis of ordinary course defenses asserted by Republic (2.1); review Conway expert report versus Republic's expert report (.8). | 2.90 | 1,305.00 | MW |
| | Conferences with Mediator Earle Erman, Republic counsel Doug Lutz regarding settlement. | 0.40 | 180.00 | MW |
| | Prepare for and call with Chuck Moore and Alex Calderone to discuss Conway expert report, Republic expert report and conference with Republic expert and counsel to try to understand Republic report. | 1.40 | 630.00 | MW |
| | Prepare for and conference with P. Hall regarding case history, settlement negotiations. | 0.40 | 180.00 | MW |
| Mar-08-12 | (Republic) Prepare for and call with Republic counsel to discuss Final Pretrial Order, evidentiary issues and potential stipulations (1.0); outline Plaintiff's sections of report (.5). | 1.50 | 675.00 | MW |
| Mar-09-12 | (Republic) Review draft Final Pretrial Report and proposed exhibits from Republic counsel (.5); continue drafting Plaintiff's sections of Pretrial Report (1.5); review evidentiary issues raised in report (.4); review Supplemental Discovery Responses from Republic and outline and research potential objections (1.8). | 4.20 | 1,890.00 | MW |
| Mar-10-12 | Review Defendant's portion of Final Pretrial Order and draft Plaintiff's sections. | 1.50 | 675.00 | MW |
| Mar-11-12 | Draft Final Pretrial Order. | 2.20 | 990.00 | MW |
| Mar-12-12 | Draft Final Pretrial Order. | 2.00 | 900.00 | MW |
| | Revise and draft Joint Pretrial Order (.8); conferences with prospective witness confirming testimony (.4). | 1.20 | 540.00 | MW |
| | Draft Joint Final Pretrial Order(1.4); review revisions to Order from Defendant's counsel and revise Order (1.0); review additional changes from defense counsel and revise order (.9). | 3.30 | 1,485.00 | MW |

| | | | | |
|---|---|---|---|---|
| | Finalize Final Pretrial Order and Stipulation and have same filed. | 0.70 | 315.00 | MW |
| | Republic Adversary Proceeding; discussion with M. Wilkins regarding Joint Final Pretrial Order and witness issues. | 0.30 | 126.00 | SR |
| Mar-13-12 | (Republic) Prepare for call between respective experts (1.0); meet with Trustee's expert Charles Moore in advance of call (.5); conference call with opposing counsel, expert to discuss Defendant's expert's report (1.0); follow-up conference with Moore after call (.3); discuss call and overall position with Trustee Gene Kohut(.3)); discuss settlement with Mediator Earle Erman (.2). | 3.30 | 1,485.00 | MW |
| Mar-14-12 | (Republic) Conference with Mediator Earle Erman regarding settlement. | 0.20 | 90.00 | MW |
| Mar-16-12 | (Republic) Conferences with Earle Erman, mediator, regarding settlement with Republic. | 0.30 | 135.00 | MW |
| Mar-19-12 | Conference with Earle Erman (mediator) regarding settlement. | 0.20 | 90.00 | MW |
| Mar-21-12 | Review issues to be addressed at Final Pre-trial Hearing. | 1.20 | 540.00 | MW |
| Mar-23-12 | Review evidentiary issues, research same; and prepare for Final Pretrial Hearing. | 2.50 | 1,125.00 | MW |
| | Outline presentation and support regarding disputed evidentiary issues. | 1.50 | 675.00 | MW |
| Mar-25-12 | Prepare for Final Pretrial Conference, attention to evidence and admissibility issues. | 2.20 | 990.00 | MW |
| | Continue preparation for Final Pretrial Conference. | 2.70 | 1,215.00 | MW |
| Mar-26-12 | (Republic) Prepare for Final Pretrial Conference. | 3.30 | 1,485.00 | MW |
| | Prepare for and attend Final Pretrial Conference. | 3.50 | 1,575.00 | MW |
| | Conference with Mediator regarding need to attempt mediation again (.2); report status to Trustee and Charles Moore. | 0.50 | 225.00 | MW |
| Mar-27-12 | Prepare for second mediation session; review expert reports and Final Pre-trial statement and outline argument for mediation. | 2.50 | 1,125.00 | MW |
| Mar-28-12 | Prepare for and attend second mediation session -- settlement reached (2.1); follow-up with Trustee following mediation session (.4). | 2.50 | 1,125.00 | MW |
| | Totals | 54.60 | $24,561.00 | |

**Total Fees & Disbursements**                                $24,561.00

Previous Balance                                              $34,636.58
Previous Payments                                                 $0.00

**Balance Due Now**                                          $59,197.58