# EXHIBIT C – HOURS BILLED BY MATTER

|  | April-2012 | May-2012 | June-2012 | July-2012 | August-2012 |
|---|---|---|---|---|---|
| Fee Apps. | 4.2 |  |  |  | 3.2 |
| Litigation | 7.9 |  |  |  |  |

**TOTAL HOURS BILLED: 15.3**

## Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800    Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee
21 Kercheval Ave Ste 285
Grosse Pointe Farms, MI 48236

August 15, 2012
File #:    300033-0001
Inv #:         17427

**Attention:** Gene R. Kohut

**RE:** Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | | Effective Rate | Hours | Amount |
|---|---|---|---|---|
| Fees | BCC 7 | $345.00 | 3.20 | 1,104.00 |
| | Total | | 3.20 | $1,104.00 |
| | Grand Total | | 3.20 | $1,104.00 |

## SUMMARY BY TIMEKEEPER

| | | | This Invoice | | Cumulative | |
|---|---|---|---|---|---|---|
| Timekeeper | Category | Rate | Hours | Amount | Hours | Amount |
| Matt Wilkins | Partner | | | 0.00 | 91.50 | 40,979.00 |
| Paula Hall | Partner | 345.00 | 3.20 | 1,104.00 | 126.40 | 43,608.00 |
| Steven Ribiat | Partner | | | 0.00 | 0.30 | 126.00 |
| Christi Redmond | Paralegal | | | 0.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | | 0.00 | 15.70 | 2,747.50 |
| Total | | | 3.20 | $1,104.00 | 242.30 | $88,640.50 |

## DISBURSEMENT SUMMARY

| ECF | ECF Printing | 9.30 |
|---|---|---|
| | Total Disbursements | $9.30 |

| Date | Description | Hours | Amount | Lawyer |
|------|-------------|-------|--------|--------|
| Aug-03-12 | Document review and drafting fee application. | 0.60 | 207.00 | PH |
| Aug-09-12 | Attention to file docs and prepare final fee application. | 2.60 | 897.00 | PH |
| | Totals | 3.20 | $1,104.00 | |

**DISBURSEMENTS**

| | Disbursements | Receipts |
|---|---|---|
| ECF Printing | 9.30 | |
| Totals | $9.30 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | $1,113.30 |
| Previous Balance | $5,445.00 |
| Previous Payments | $0.00 |
| **Balance Due Now** | $6,558.30 |

## Brooks Wilkins Sharkey & Turco, PLLC
401 S. Old Woodward Ave
Suite 400
Birmingham, MI 48009 USA

Ph:248.971.1800     Fax:248.971.1801

Gene R. Kohut Chapter 7 Trustee     May 1, 2012
21 Kercheval Ave Ste 285     File #: 300033-0001
Grosse Pointe Farms, MI 48236     Inv #: 16711

**Attention:** Gene R. Kohut

**RE:** Contech U.S. LLC Adversary Proceedigns

## SUMMARY BY TASK

| Task | Effective Rate | Hours | Amount |
|---|---|---|---|
| Fees BCC 7 | $450.00 | 4.20 | 1,890.00 |
| Litigation BCC10 | $450.00 | 7.90 | 3,555.00 |
| Total | | 12.10 | $5,445.00 |
| Grand Total | | 12.10 | $5,445.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Category | Rate | This Invoice Hours | This Invoice Amount | Cumulative Hours | Cumulative Amount |
|---|---|---|---|---|---|---|
| Matt Wilkins | Partner | 450.00 | 12.10 | 5,445.00 | 91.50 | 40,979.00 |
| Paula Hall | Partner | | | 0.00 | 126.40 | 43,608.00 |
| Steven Ribiat | Partner | | | 0.00 | 0.30 | 126.00 |
| Christi Redmond | Paralegal | | | 0.00 | 8.40 | 1,180.00 |
| Michelle Pleban | Paralegal | | | 0.00 | 15.70 | 2,747.50 |
| Total | | | 12.10 | $5,445.00 | 242.30 | $88,640.50 |

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| Apr-02-12 | Work on settlement agreement for Republic adversary proceeding (draft settlement agreement, stipulation regarding and order dismissing case). | 1.20 | 540.00 | MEW |
| | Draft Second Interim Fee Application and organize exhibits. | 3.30 | 1,485.00 | MEW |
| Apr-03-12 | Draft and revise Settlement Agreement and Release for Republic adversary proceeding. | 1.10 | 495.00 | MEW |
| | Review, revise and draft Second Interim Fee Application. | 2.40 | 1,080.00 | MEW |
| | Revise and draft settlement documents. | 0.80 | 360.00 | MEW |
| | (Republic) Telephone to Judge Rhodes' clerk regarding settlement, trial setting (.2); draft Notice of Pending Settlement (.3). | 0.50 | 225.00 | MEW |
| | (Republic) Review, revise and file Notice of Pending Settlement (.3); review, revise and finalize Settlement Agreement and Release, Stipulation and order dismissing Case (.4). | 0.70 | 315.00 | MEW |
| Apr-04-12 | Review Second Interim Fee Application and have filed. | 0.50 | 225.00 | MEW |
| Apr-05-12 | Work to finalize Republic settlement. | 0.30 | 135.00 | MEW |
| Apr-06-12 | Work with opposing counsel to finalize settlement agreement. | 0.20 | 90.00 | MEW |
| Apr-10-12 | Attention to execution of Republic settlement agreement, settlement payment details. | 0.30 | 135.00 | MEW |
| Apr-12-12 | (Republic) Coordinate receipt and transmittal of settlement funds and attention to dismissal of adversary proceeding. | 0.40 | 180.00 | MEW |
| Apr-24-12 | Attention to filing Stipulation of Dismissal of suit versus Republic and have same filed; review order dismissing adversary proceeding. | 0.20 | 90.00 | MEW |
| Apr-26-12 | File CNR regarding Second Interim Fee Application. | 0.10 | 45.00 | MEW |
| Apr-27-12 | Review Order Granting Second Interim Application for Compensation and conference with Trustee regarding payment of award. | 0.10 | 45.00 | MEW |
| | Totals | 12.10 | $5,445.00 | |

**Total Fees & Disbursements** $5,445.00

Previous Balance $59,197.58
Previous Payments $59,197.58

**Balance Due Now** $5,445.00